■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW COHALL, Appellant. [823 NYS2d 903]—Appeals by the defendant from (1) a judgment of the County Court, Orange County (DeRosa, J.), rendered July 26, 2005, convicting him of aggravated unlicensed operation of a motor vehicle in the first degree under indictment No. 05-251, upon his plea of guilty, and imposing sentence, and (2) an amended judgment of the same

court also rendered July 26, 2005, revoking a sentence of probation previously imposed by the same court upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree under indictment No. 02-27.

Ordered that the judgment and amended judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Ritter, Mastro, Fisher and Dillon, JJ., concur.